United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MARIO DEL CASTILLO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COMMUNITY CHILD CARE COUNCIL OF SANTA CLARA COUNTY, INC., et al., <br><br> Defendants. | Case No. 17-cv-07243-BLF <br><br> **FINAL APPROVAL ORDER AND JUDGMENT** |

Based on the Court's final approval order at ECF No. 282, the Court grants final approval of the Class Settlement between Plaintiffs and Defendants Community Child Care Council of Santa Clara County, Inc. ("4Cs"), the Board of Directors of 4Cs, Ben Menor, Xiaoyan Xu, Clarance Madrilejos, James McDaniel, Julienne La Fitte, Jaime Gallardo, and Faye Sears, in their official capacities as current and former trustees, Alfredo Villasenor, and Life Insurance Company of the Southwest, and conditionally certifies the following class (hereafter "Settlement Class") for settlement purposes only:

> All current and former participants and beneficiaries of the 4Cs Defined Contribution Profit Sharing Plan and the 4Cs Non-qualified Deferred Compensation Pension Plan (collectively, the "Plans") at any time during the period October 1, 1987 through and including December 31, 2019, excluding the 4Cs Defendants.

IT IS HEREBY ORDERED ADJUDGED AND DECREED as follows:

1. The Court grants final approval of the Class Settlement and finds that it is fair, reasonable, and adequate and satisfies the standards for final approval of a class settlement under federal law.

2. For settlement purposes, the Court confirms certification of the Settlement Class defined above. Because no person objected to the Class Settlement, the Settlement Class includes all 337 persons who were sent notice of the Class Settlement.

3. The Court appoints Mario Del Castillo, Puthea Chea, Michael Rasche, and Javier Cardoza as Class Representatives and finds that these Plaintiffs will adequately represent the Settlement Class.

4. The Court designates Weinberg, Roger & Rosenfeld, Roberta Perkins, and Caitlin Gray as Class Counsel. The Court finds that Class Counsel has represented the interests of the Settlement Class fairly and adequately.

5. The notice of the Class Settlement and notice methodology implemented by the parties following the Order granting preliminary approval of the Class Settlement (i) was the best practicable notice under the circumstances; (ii) was reasonably calculated, under the circumstances, to apprise members of the Settlement Class of the pendency of the proposed settlement, their right to exclude themselves from or object to the proposed settlement, and their right to appear at the final fairness hearing; (iii) was due, adequate and sufficient notice to all persons entitled to receive notice; and (iv) complied fully with applicable law.

6. Upon entry of this Judgment, the Settlement Class shall be deemed to have released any and all claims, debts, liabilities, demands, obligations, guarantees, costs, expenses, attorneys' fees, damages, or causes of action, contingent or accrued, that were or could have been asserted under California law based on the facts alleged in the Third Amended Complaint, including but not limited to violations of ERISA §§ 101, 103, 104, 105, 107, 109, 209(A), 402, and 404.

7. The Court approves attorneys' fees to class counsel in the amount of $110,125 and reimbursement of litigation costs to class counsel in the amount of $9,645.55, which shall be paid in accordance with the terms of the Class Settlement.

8. The Court approves a service award of $2,500 to each of Class Representatives Mario Del Castillo, Puthea Chea, Michael Rasche, and Javier Cardoza, for a total

service award of $10,000, which shall be paid in accordance with the terms of the Class Settlement.

9. The Court approves settlement administration fees and expenses to Simpluris in the amount of $10,000, which shall be paid in accordance with the terms of the Class Settlement.

10. This document shall constitute final judgment for the purpose of Rule 59 of the Federal Rules of Civil Procedure. Without affecting the finality of this matter, this Court shall retain jurisdiction over this action and the parties for purposes of enforcing the terms and conditions of the Class Settlement.

11. The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED.**

Dated: October 20, 2021

_____
BETH LABSON FREEMAN
United States District Judge